# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JENNIFER TATANGELO,                  Case No. 2:09-cv-10860

                                                 Honorable Patrick J. Duggan

            Plaintiff,

v.

MGM GRAND DETROIT, LLC,
a Delaware Limited Liability Company,

            Defendant.

_____

## STIPULATED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

This matter having come before this Court on the stipulation of the parties to dismiss Plaintiff Jennifer Tatangelo claims in the captioned action without costs or attorneys fees to either party; and the Court otherwise being informed in the premises;

IT IS HEREBY ORDERED THAT this action be, and hereby is, dismissed, in its entirety, with prejudice, and without attorneys fees or costs to either party.

This matter is closed.

                      s/Patrick J. Duggan
                      Patrick J. Duggan
                      United States District Judge

Dated: May 17, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 17, 2010, by electronic and/or ordinary mail.

                      s/Marilyn Orem
                      Case Manager

STIPULATED AND AGREED BY THE PARTIES
THROUGH THEIR RESPECTIVE ATTORNEYS:


_____/s/Kara Rosso_____
James B. Rasor (P43476)
Kara Rosso (P66281)
Attorney for Plaintiff

Dated:_____5/14/10_____


_____/s/Louis Theros_____
Louis Theros (P42970 )
Attorney for Defendant

Dated:_____5/14/10_____

1207243